FILED 04 JAN '24 13:38 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00002-SI |
| v. | INDICTMENT |
| GERMAN ARIEL ARTEAGA-SANCHEZ, a.k.a. LUIS FUNEZ and GERSON ISAAC HERNANDEZ-BETANCURT, | 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C) and 846 |
| | 18 U.S.C. § 924(c)(1)(A) |
| Defendants. | Forfeiture Allegations |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Possession with the Intent to Distribute Fentanyl)
(21 U.S.C. § 841(a)(1), (b)(1)(B)(vi))

On or about January 8, 2023, in the District of Oregon, defendant **GERMAN ARIEL ARTEAGA-SANCHEZ, a.k.a. LUIS FUNEZ**, did knowingly and intentionally possess with the intent to distribute forty grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) (b)(1)(B)(vi).

///

///

**Indictment**                                                                                   **Page 1**

## COUNT 2
### (Possession with the Intent to Distribute Methamphetamine)
### (21 U.S.C. § 841(a)(1), (b)(1)(C))

On or about January 8, 2023, in the District of Oregon, defendant **GERMAN ARIEL ARTEAGA-SANCHEZ, a.k.a. LUIS FUNEZ**, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3
### (Possession with the Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(C))

On or about January 28, 2023, in the District of Oregon, defendant **GERMAN ARIEL ARTEAGA-SANCHEZ, a.k.a. LUIS FUNEZ**, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) (b)(1)(C).

## COUNT 4
### (Conspiracy to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(C) and 846)

On or about November 21, 2023, in the District of Oregon, defendants **GERMAN ARIEL ARTEAGA-SANCHEZ, A.K.A. LUIS FUNEZ** and **GERSON ISAAC HERNANDEZ-BETANCURT**, did knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with other persons known and unknown to the grand jury, to distribute a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) (b)(1)(C) and 846.

## COUNT 5
### (Possession with the Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(A)(vi))

On or about December 7, 2023, in the District of Oregon, defendant **GERMAN ARIEL ARTEAGA-SANCHEZ, a.k.a. LUIS FUNEZ**, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(vi).

## COUNT 6
### (Possession with the Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(A)(vi))

On or about December 7, 2023, in the District of Oregon, defendant **GERSON ISAAC HERNANDEZ-BETANCURT**, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(vi).

## COUNT 7
### (Possession of Firearm in Furtherance of a Drug Trafficking Crime)
### (18 U.S.C. § 924(c)(1)(A))

On or about December 7, 2023, in the District of Oregon, defendant **GERSON ISAAC HERNANDEZ-BETANCURT**, did knowingly possess a firearm to wit, a 9mm Springfield Arms semi-automatic pistol bearing serial number BA390507, in furtherance of a drug

/ / /

/ / /

trafficking crime for which he may be prosecuted in a court of the United States, that is possession with the intent to distribute fentanyl as alleged in Count 6 of this indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 8
### (Possession with the Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(A)(vi))

On or about December 13, 2023, in the District of Oregon, defedant **GERMAN ARIEL ARTEAGA-SANCHEZ, a.k.a. LUIS FUNEZ**, defendant herein, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(vi).

## COUNT 9
### (Possession of Firearm in Furtherance of a Drug Trafficking Crime)
### (18 U.S.C. § 924(c)(1)(A))

On or about December 13, 2023, in the District of Oregon, **GERMAN ARIEL ARTEAGA-SANCHEZ, a.k.a. LUIS FUNEZ**, did knowingly possess a firearm to wit, a P80 handgun with no serial number, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with the intent to distribute fentanyl as alleged in Count 8 of this indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FIRST FORFEITURE ALLEGATION

Upon conviction of any of the controlled substance offenses as alleged in Counts 1-6 and 8 of this indictment, defendants **GERMAN ARIEL ARTEAGA-SANCHEZ, a.k.a. LUIS FUNEZ, and GERSON ISAAC HERNANDEZ-BETANCURT**, shall forfeit to the United

States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to the following:

A money judgment for a sum of money equal to the amount of property representing the amount of proceeds obtained as a result of the controlled substances distributed as alleged in Counts 1-6 and 8 for which the defendants are jointly and severally liable.

If any of the above-described forfeitable property, as a result, of any act or omission of the defendants:

> (1) cannot be located upon the exercise of due diligence;
>
> (2) has been transferred or sold to, or deposited with, a third person;
>
> (3) has been placed beyond the jurisdiction of the Court;
>
> (4) has been substantially diminished in value; or
>
> (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

## SECOND FORFEITURE ALLEGATION

Upon conviction for the offenses alleged in Counts 7 and 9, defendants **GERMAN ARIEL ARTEAGA-SANCHEZ, a.k.a. LUIS FUNEZ** and **GERSON ISAAC HERNANDEZ-BETANCURT,** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)

///

and 28 U.S.C. § 2461(c), the firearms, magazines, and ammunition involved in the offense, including without limitation:

    A 9mm Springfield Arms semi-automatic pistol bearing serial number BA390507; and

    A P80 handgun with no serial number.

Dated January 4, 2024.

                                                  A TRUE BILL.

Presented by:

NATALIE K. WIGHT
United States Attorney

/s/ Kemp L. Strickland
_____
KEMP L. STRICKLAND, OSB #96118
Assistant United States Attorney